**UNITED STATES ATTORNEY'S OFFICE**
VIKAS KHANNA
Acting United States Attorney
EAMONN O'HAGAN
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel: (973) 645-2874

*Attorneys for the United States of America*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re*<br><br>CHRISTINE L. CELLI,<br><br>                                    Debtors. | Chapter 13<br>Case No. 24-20098-CMG<br>Judge Christine M. Gravelle<br><br>Hearing Date:  February 26, 2025<br>Hearing Time:  10:00 a.m. |

**OBJECTION OF INTERNAL REVENUE SERVICE TO CONFIRMATION**
**OF DEBTOR'S CHAPTER 13 PLAN**

THE UNITED STATES OF AMERICA, on behalf of the Internal Revenue Service (the "Service"), submits the following objection to confirmation of the above-captioned debtor's Chapter 13 Plan (the "Plan") [ECF Doc No. 2]. In support thereof, the Service respectfully represents as follows:

**RELEVANT BACKGROUND**

1.      Christine L. Celli (the "Debtor") filed a voluntary petition under chapter 13 of Title 11 of the United States Code (the "Bankruptcy Code") on October 11, 2024 (the "Petition Date") [ECF Doc. No. 1].

2.      The Debtor has unpaid federal tax liabilities for numerous tax years preceding the Petition Date.  *See* Claim No. 4.  The Service filed a proof of claim against the Debtor in the amount of $344,881.86 (the "Service Claim"), consisting of (i) an unsecured priority claim pursuant to 11 U.S.C. § 507(a)(8) in the amount of $267,513.54 (the "Priority Claim"); and (ii) a general unsecured claim of $77,368.32.  *Id*.

3.      For the reasons described below, the Plan is not confirmable.

## OBJECTION

### A. The Plan is Not Confirmable With Respect to the Service's Priority Claim

4.      With respect to claims entitled to priority under Bankruptcy Code section 507(a)(8), a chapter 13 plan must "provide for the full repayment, in deferred cash payments . . . unless the holder of a particular claim agrees to a different treatment of such claim."  11 U.S.C. § 1322(a)(2).  Here, the Plan provides for no payment of the Priority Claim.  Plan, Part 3.  On this basis, the Plan cannot be confirmed under Bankruptcy Code section 1322(a)(2).

## CONCLUSION

WHEREFORE, for the foregoing reasons, the Service requests that the Court (i) deny confirmation of the Plan until such time as the above-referenced defects in the Plan are cured; and (ii) grant any other and further relief that the Court deems just and proper.

Dated: February 18, 2025

        VIKAS KHANNA
        Acting United States Attorney

        */s/ Eamonn O'Hagan*
        EAMONN O'HAGAN
        Assistant U.S. Attorney

        *Attorneys for the United States of America*